**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**SJ PROPERTIES SUITES, BUYCO, EHF,
SJ-FASTEIGNIR, EHF, and
ASKAR CAPITAL, HF,**

        **Plaintiffs,**

  **v.**                                             Case No. 10-CV-00198

**SPECIALTY FINANCE GROUP, LLC,**

        **Defendant.**

---

# ORDER

---

On August 24, 2010, this Court issued a Decision and Order in this action. In its subsequent review of the decision, the Court noticed some minor typographical errors. Since the Decision is being published, the Court has issued a revised version today correcting those errors.

Dated at Milwaukee, Wisconsin this 25th day of August, 2010.

                                                    **BY THE COURT**

                                                    *s/ Rudolph T. Randa*
                                                    **Hon. Rudolph T. Randa
                                                    U.S. District Judge**